# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 15-po-00036-GPG-01 |
| SHANE ALLEN GREENHOOD | Marna Lake (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 and 4 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. § 4.23(a)(1) | Driving Under the Influence | 06/05/2015 | 1 |
| 36 C.F.R. § 2.34(a)(2) | Obscene or Threatening Language or Gesture | 06/05/2015 | 4 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts 2 and 3 of the Information are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

March 15, 2016
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Gordon P. Gallagher, U.S. Magistrate Judge
Name & Title of Judicial Officer

3/21/2016
Date

DEFENDANT: SHANE ALLEN GREENHOOD
CASE NUMBER: 15-po-00036-GPG-01

Judgment-Page 2 of 5

## PROBATION

The defendant is hereby placed on probation for a term of six (6) months as to each of counts 1 and 4, to run concurrently.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the following page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

DEFENDANT: SHANE ALLEN GREENHOOD
CASE NUMBER: 15-po-00036-GPG-01

Judgment-Page 3 of 5

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) The defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) The defendant is to serve 90 days jail each as to counts 1 and 4, to be served concurrently, as directed by the probation officer. The Court recommends the Bureau of Prisons credit the defendant with two (2) days spent in official custody. The defendant shall surrender to the United States Marshal for this district as notified by the United States Marshal and as directed by the probation officer.

2) The defendant shall be placed on home detention (EHM) for a period of 30 days to commence within 21 days of sentencing/release from imprisonment. During this time, the defendant shall remain at the defendant's place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at defendant's place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

3) At the completion of 30 days home detention, the probation department may request early termination of probation supervision.

DEFENDANT: SHANE ALLEN GREENHOOD
CASE NUMBER: 15-po-00036-GPG-01

Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| 1 | $10.00 | $0.00 | $0.00 | $0.00 |
| 4 | $10.00 | $0.00 | $0.00 | $0.00 |
| TOTALS | $20.00 | $0.00 | $0.00 | $0.00 |

DEFENDANT: SHANE ALLEN GREENHOOD
CASE NUMBER: 15-po-00036-GPG-01　　　　　　　　　　　　　　Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The special assessment is to be paid immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.